AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 20 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

TIMOTHY FALCON

## WARRANT FOR ARREST

Case Number: 1:07MJ93A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TIMOTHY FALCON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly and intentionally possess cocaine with the intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1)

| | |
|---|---|
| LINCOLN D. ALMOND | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 9/20/07 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/20/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 09/25/2007 | | |