# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

***Case No. 1:07-MJ-93A***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **TIMOTHY FALCON,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **25th** day of **September, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify on return that I hereby certify on return that the within named ... the within named time ordered, on the date ...
Deputy ...
Deputy ...

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: September 21, 2007.

David A. DiMarzio, Clerk

INITIAL APPEARANCE

***by*** ***/s/ Jeannine Noel***
***Jeannine Noel - Deputy Clerk***