STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS

SIXTH DIVISION DISTRICT COURT

J. Joseph Garraby Judicial Complex
One Dorrance Plaza
Providence, Rhode Island 02903
(401) 458-5400 Phone (401) 458-3190 Fax

Assistant Administrator
Lorraine A. Alfonso

RECEPIT FOR SEARCH WARRANT

Date: 9-18-07

Received From: PAWTUCKET
Police Department

DET. DAN. DOLAN
Officer/Trooper Det. D. Smith

Search Warrant Complaint Re:

112 DENVER ST. 2ND FLOOR alias John/Jane Doe
PAWTUCKET RI
TIMOTHY FALCON, ALIAS 2-21-84

Clerk [signature]

# Search Warrant

| State Ex rel | City/Town Pawtucket | County Providence |
| --- | --- | --- |
| vs Respondent | Timothy FALCON, alias John Doe | TO: An Officer authorized by law to execute the within warrant, |
| #112 Denver Street, 2nd floor apartment Pawtucket, Rhode Island | | |

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the Fifth (5th) Division of the District Court of Rhode Island.

Place or person to be searched: The second floor apartment of #112 Denver Street in the City of Pawtucket, Rhode Island. This is a two-family dwelling constructed of wood, and is beige in color with red trim.

Property or articles to be searched for: A certain quantity of cocaine, a certain quantity of drug paraphernalia used in the preparations for street sales, any personal papers and/or documents used to establish residency, any proceeds derived from unlawful drug sales, as well as any law enforcement monies used in the course of the investigation.

Name of owner, or keeper, thereof if known to complainant: Timothy FALCON 2-21-84.

Said warrant shall be served in the daytime — ~~may be served in the nighttime~~ — within seven (7) days fom the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Providence in the county of Providence this 5th day of September, 2007, A. D. 19......

at 2:10 PM

Walter [signature]

Judge of the District Court
Justice of the Supreme/Superior Court

ACKNOWLEDGMENT OF RETURN

Warrant received on 18th day of September ~~19~~ 2007, from Det D. Smith at Sixth District court

[signature]

Judge clerk

RIDC 002CA (4-74)

# State of Rhode Island and Providence Plantations
## Complaint To Search and Seize Property/or Person

TO WALTER GORMAN ........ [illegible]
~~or~~ Judge of the District Court of the State of Rhode Island

a) Detective Daniel Dolan ........ [illegible]

~~Sheriff, Deputy Sheriff~~ of Pawtucket Police Department , [illegible]

b) ........ [illegible]

ON OATH COMPLAINS THAT:

(1) [illegible];

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) [illegible];

(4) That which is evidence in the commission of a crime.

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: A certain quantity of Cocaine a certain quantity of drug paraphernalia used in the preparations for street sales, any personal papers and/or documents used to establish residency, any proceeds derived from unlawful drug sales, as well as any law enforcement monies used in the course of the investigation.

The name of the owner or keeper, thereof (if known) is: Timothy FALCON 2-21-84

The place or person to be searched is described as follows: The second floor apartment of #112 Denver Street in the City of Pawtucket, Rhode Island. This is a two-family dwelling located in the City of Pawtucket, Rhode Island, constructed of wood and is beige in color with red trim.

~~Your complainant prays that said warrant may be served in the nighttime for the reason that:~~

Subscribed and sworn to before me:

Walter Gorman
Judge/Justice

September 5, 2007
Date

Det Daniel Dolan
Complainant Det. Daniel Dolan
Det Daniel Dolan

# RETURN OF SERVICE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Providence, Sc.

At #112 Denver Street 2nd floor Pawtucket, Rhode Island (place) 9-6-07 (date)

A. D. 19........., pursuant to the within warrant I have made search during the daytime — ~~during the nighttime~~ — as commanded and submit herewith a written inventory of property taken:

1. Three (3) clear plastic bags of white powder substance.
2. Digital scale with white residue.
3. Loan statement of account in name of Timothy Falcon.
4. Ledger, Home Depot receipts.
5. Personal papers of Timothy Falcon.
6. pay stubs, receipts of Timothy Falcon.
7. Passport, birth certificate, social security card, checking account statement.
8. Keys, earring, ring, bottle creatine.
9. Sentry safe.
10. SigSauer P-220 .45 caliber handgun & magazine loaded with seven rounds.
11. $17,000.00 cash.
12. rubber gloves.
13. Toshiba flat screen TV, Sylvania flat screen TV, Makent flat screen TV, Playstation 3.
14. Jennings .22 caliber handgun with six rounds in magazine.
15. 2003 Medcedes-Benz, credit cards, personal papers of Timothy Falcon.
16. Keys for #112 Denver St. 2nd and #684-686 Prospect St.
17. Gas account for 686 Prospect St in name of Timothy Falcon.
18. Paperwork for 2003 Mercedes (KJ-941) from Greenwood Credit Union.
19. Two Motorola Nextel cellphones.

I have also summoned Timothy FALCON named in said Complaint, as commanded to appear before the Sixth Division of the District Court in Providence at 9:30 o'clock in the forenoon, on 9-7-07 A. D. 19.........

I have also given to Timothy FALCON the person from whom — from whose premises said property was taken — a copy of the within warrant — ~~I have left a copy of the within warrant at the place from which said property was taken — I did not find the person from whose premises said property was taken but left a copy of said warrant at the place from which the property was taken~~

[signature]

Authorized Officer

**AFFIDAVIT**

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.

****************************************PLEASE SEE ATTACHED AFFIDAVIT****************************

September 5, 2007
Date

Affiant Detective Dennis Smith

Providence, Sc. In Providence this 5th day of September 2007, 19 ........, before me personally came Detective Dennis Smith and made oath to the truth of the foregoing.

Judge of the Di[illegible] Court
Justice of the [illegible] ne/Superior Court

# AFFIDAVIT

Your Affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.

Your Affiant, Detective Dennis R. Smith, has been a member of the Pawtucket Police Department for the past 10 years and has been assigned to the Pawtucket Police Special Squad for the past 6 years and has been assigned to the Drug Enforcement Administration for the past three years . The Special Squad is responsible for conducting drug investigations within the City of Pawtucket.

On or between July 15th 2007 and September 5th 2007, Detective Dennis Smith received information from a confidential source that Timothy Falcon, alias 2-21-84 was involved with trafficking large quantities of cocaine throughout the City of Pawtucket, Rhode Island. Information further states that Falcon is operating 2003 Mercedes color silver bearing RI registration KJ-941, and resides at 112 Denver St. 2nd floor Pawtucket RI and utilizes cell phone # 401-405-7261.

During the course of this investigation Detectives from Pawtucket Police Special Squad have confirmed that Falcon resides at 112 Denver St. 2nd floor through Official Pawtucket Police reports, Department of Motor Vehicle registration and license. Detectives also confirmed during the investigation the Falcon owns 684/686 Prospect St. And is currently renovating the first and third floor of 684/686 Prospect St. While under surveillance of the Special Squad Falcon has been observed at 684/686 Prospect St. And 112 Denver St. On numerous occasions.

On or between August 1st 2007 and September 5th 2007 members of the Pawtucket Police Special Squad and DEA met with a confidential source who agreed to contact Falcon in order to purchase a quantity of cocaine. On three separate occasion the Confidential Source was met by Detective Smith and searched for any contraband and provided with a quantity of Official Government funds. Detectives established surveillance on Falcon prior to the CS making contact with Falcon to purchase the cocaine. The CS then made contact with Falcon via cell phone# 401-405-7261 and made arraignments to meet Falcon at a predetermined location in order to purchase the cocaine.

Detectives maintained surveillance on Falcon who was operating a 2003 Mercedes color silver bearing RI registration KJ-941 during the CS phone call, and on all three occasion

Falcon responded to 684/686 Prospect street Pawtucket where he entered and then exited moments later. Falcon then responded to 112 Denver street Pawtucket where he entered and exited moments later. After leaving 112 Denver street Falcon responded to the predetermined location in the Mercedes and met with the CS. The CS exchanged the Official funds for a quantity of cocaine from Falcon. Falcon then left the area on all three occasion and responded back to 112 Denver street Pawtucket RI.

Surveillance was maintained on the CS who then met with Detective Smith and turned over the quantity of cocaine which was just purchased from Falcon. The confidential source was searched again with negative results. Detective Smith conducted a field test on a representative sample of the cocaine from the three buys. Detective Smith observed a positive reaction for the presence of cocaine on all three field tests.

Detective Smith conducted a criminal history check on Falcon and and located a criminal history that included possession of marijuana with intent to deliver, possession of firearm without permit, possession of firearm to commit controlled substance violation charge in 2002 with a disposition of 4 years suspended sentence/probation and 100 hours community service.

Based on your affiant's knowledge and experience, combined with information received from the CS, and the results of this current investigation, Your affiant believes that cocaine, proceeds from cocaine sales, and packaging material to be presently stored in the first and third floor apartments of 684/686 Prospect street Pawtucket Rhode Island and the second floor of 112 Denver street Pawtucket Rhode Island.

..September 5, 2007.................                .........Detective Dennis R. Smith....................
Date                Affiant [signature]

.........PROVIDENCE.......,Sc.                In.......Providence................. this 5th ....day of.....September ..., 2007, before me personally came .....Detective Dennis R. Smith...and made oath to the truth of the foregoing.

[signature: Walter Gorman]........................................
Judge of the District Court