IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Cr. No. 07-MJ-093A |
| TIMOTHY FALCON | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RESTORE PROPERTY AND MOTION FOR CONTINUANCE OF THE HEARING

The government respectfully requests that the Court deny the defendant's motion to restore property because an administrative forfeiture proceeding has begun and therefore, the defendant already has an adequate remedy at law for contesting the forfeiture. In the alternative, the government requests that the Court continue the hearing scheduled to address the defendant's motion to restore property from November 2, 2007 until November 26, 2007.

FACTS AND TRAVEL

On September 6, 2007, the U.S. Drug Enforcement Administration (DEA) executed search warrants at 112 Denver Street, the defendant's apartment, and 684-686 Prospect Street, a stash house owned by the defendant. The warrants authorized the seizure of narcotics, paraphernalia, documents, proceeds, and

monies used by law enforcement during the course of the investigation. As a result of the warrants, agents seized over half a kilogram of cocaine, $17,000, two firearms, a Mercedes-Benz automobile, three flat-screen televisions, a Playstation, a scale, and a drug ledger.

After his arrest, the defendant was interviewed and he confessed that he was a drug dealer who had been selling approximately 100 grams of cocaine a week for the past year. He also admitted that he was on his way to deliver cocaine at the time the agents stopped his Mercedes leaving 112 Denver Street. The defendant maintained that the cocaine seized from the Mercedes and the cocaine seized from 112 Denver Street was his, but that the cocaine seized from the stash house at 684-686 Prospect Street was his friend's cocaine. The defendant told agents that he rented 684-686 Prospect to his friend for use as a stash house. The defendant claimed to have seen his friend with a kilogram of cocaine at the stash house several days before the warrant. Despite the defendant's statements regarding his friend, a detective who analyzed the packaging on the cocaine seized from 684-686 Prospect Street, recovered the defendant's fingerprint from the cocaine packaging. The defendant also admitted that he possessed the firearms for protection. He told agents that he had been robbed in the Spring of 2007 and he had heard that the same individual was going to rob him for his

cocaine.

After the execution of the warrant, the DEA initiated administrative forfeiture proceedings on the $17,000, the Mercedes, the three flat-screen televisions, and the Playstation. The Bureau of Alcohol, Tobacco, and Firearms (ATF) initiated forfeiture on the firearms. The government also investigated the possibility of forfeiting two pieces of real estate in the defendant’s name; however, the government determined that the equity in the properties was insufficient.

On September 25, 2007, the defendant had an initial appearance in this Court on drug trafficking charges. The defendant sought court appointed counsel. He claimed to have been on disability since May 25, 2007. According to the defendant, he received $649 per month in disability payments, his rent was $700 per month of which he paid half, and his Mercedes payment was $645 per month. The defendant claimed to have worked for a construction company in Cranston, Rhode Island prior to receiving disability; however, the construction employment was not verified. The Court determined that the defendant was eligible for court appointed counsel.

After the defendant’s initial appearance, the parties submitted an agreed upon order continuing the case so that the parties might engage in plea negotiations. This Court signed the order continuing this case until November 25, 2007.

ARGUMENT

The defendant's motion seeking the return of the three flat-screen televisions and the Playstation, which were seized during the execution of the search warrant, should be denied because administrative forfeiture proceedings have begun. As a result, the defendant already has an adequate remedy at law through those proceedings. See $8,050.00 in U.S. Currency v. United States, 307 F.Supp.2d 922, 927 (N.D.Ohio 2004) (once government commences administrative forfeiture, the Rule 41(g) motion must be dismissed); United States v. Douleh, 220 F.R.D. 391, 396-97 (W.D.N.Y. 2003) (illegal seizure claim more appropriately raised in a post-indictment, Rule 12 suppression hearing); see also United States v. Sims, 376 F.3d 705, 708 (7th Cir. 2004) (Rule 41(g) may be used prior to the initiation of forfeiture proceedings); Sarit v. DEA, 987 F.2d 10, 17 (1st Cir. 1993) (claimants' failure to use mechanism for obtaining judicial relief under forfeiture statute precluded judicial review of claim under the Fourth Amendment).

In the alternative, because the parties are engaged in plea negotiations that will encompass the forfeitures at issue, the government asks that the hearing be continued until after plea negotiations are completed.

CONCLUSION

Based on the foregoing, the government respectfully requests that the Court deny the defendant's motion to restore property. In the alternative, the government requests that the Court continue the hearing until November 26, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on October 23, 2007, a copy of the within "Government's Response to Defendant's Motion to Restore Property and Motion for Continuance of the Hearing" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov