**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

| | |
|---|---|
| **Asset Id:** | [redacted] |
| **Case Number:** | [redacted] |
| **Property:** | Assorted Electronic Equipment (See Attached List) |
| **Asset Value:** | $5,400.00 |
| **Seizure Date:** | 09/06/2007 |
| **Seizure Place:** | Pawtucket, RI |
| **Owner Name:** | |
| **Seized From:** | Falcon, Timothy |
| **Judicial District:** | District of Rhode Island |

Timothy Falcon
[redacted] Denver St
[redacted]
Pawtucket, RI 02860

**NOTICE MAILING DATE:** October 4, 2007

## NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above. Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **November 8, 2007**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Timothy Falcon , Prisoner ID No. 12197
ACI
40 Howard Ave
Cranston, RI 02920

| | |
|---|---|
| **Asset Id:** | [redacted] |
| **Case Number:** | [redacted] |
| **Property:** | Assorted Electronic Equipment (See Attached List) |
| **Asset Value:** | $5,400.00 |
| **Seizure Date:** | 09/06/2007 |
| **Seizure Place:** | Pawtucket, RI |
| **Owner Name:** | |
| **Seized From:** | Falcon, Timothy |
| **Judicial District:** | District of Rhode Island |

**NOTICE MAILING DATE:** October 4, 2007

## NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **November 8, 2007**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Timothy Falcon
c/o David Cannon/Esq
160 Pine St
Providence, RI 02903

| | |
|---|---|
| **Asset Id:** | [redacted] |
| **Case Number:** | [redacted] |
| **Property:** | Assorted Electronic Equipment (See Attached List) |
| **Asset Value:** | $5,400.00 |
| **Seizure Date:** | 09/06/2007 |
| **Seizure Place:** | Pawtucket, RI |
| **Owner Name:** | |
| **Seized From:** | Falcon, Timothy |
| **Judicial District:** | District of Rhode Island |

**NOTICE MAILING DATE:** October 4, 2007

## NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **November 8, 2007**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

Asset List for Personal Seizure Notice

October 22, 2007 (3:35pm)

Agency Case: [redacted]

Seizure No: N-6

| ASSET ID | ASSET DESCRIPTION | VIN/SERIAL NO. |
|---|---|---|
| [redacted] | 1 32'' Toshiba Flat Screen with Pivot Wall Mount | AM307036486 |
| | 1 37'' Sylvania Flat Screen with 2 Base Brackets | J20716519 |
| | 1 50'' Maxent Flat Screen TV with 2 base brackets & speakers | 54496B03244 |
| | 1 Play Station 3 | CB347039657-CECHB01 |

Status Inquiry

The selected record has been displayed. 91014

Go To

## Status Inquiry

Asset ID: [redacted] Seizure No: N-6 Case No: [redacted]
Asset Description: Assorted Electronic Equipment

Asset Information

Asset Value: $5,400.00
Asset Type: Electronic Equipment
FIRE Begin Date:
Seizing Office: Providence, RI Resident Office
Sub-Office:
Seizure District: District of Rhode Island
Seized From: Falcon, Timothy
Quick Release: N
Electronic Transfer: N
Victims Anticipated: N
Intl Sharing Anticipated: N

Seizure Dat
Adoption Dat
FIRE End Dat
Hold as Evidence:
Forfeiture-Dependent Award:
Parties Exist:

Post and Walk Date:
Custodial Agcy: United States Marshals Service
Cur Storage Start Dt:
Disposal Type:
Final Disposal Date:
USM File Fwd AFO:
USM File Fwd Dist:
USM File Rcvd AFO:
USM File Rcvd Dist:

Forfeiture Information

Court Case No:
USAO No:
Processing Dist: District of Rhode Island
Referral Date:

Forfeiture Dcsn:
Forfeiture Type:
Forf Dcsn Date:
Delay Forfeiture:
Parallel Processing: N
Forfeiture Dcsn Entry Date:
Abandonment Declared Date:

Advertisement Information

| Agency | Ad Number | First Ad Dt | Claim Deadline Dt | Publication |
|---|---|---|---|---|
| DEA | DEA944 | 10/15/2007 | 11/29/2007 | Wall Street Journal |

Notification Information

| Address Type-Seq | Notice Type | Notified Dt | Return Receipt Dt | Claim Deadline Dt | Notification : |
|---|---|---|---|---|---|
| 1004214 - Falcon, Timothy | | | | | |
| A - 1 | Cannon/Esq, David, 160 Pine St , Providence , RI 02903 | | | | |
| | A | 10/04/2007 | 10/15/2007 | 11/08/2007 | Notification C |
| J - 1 | ACI, 40 Howard Ave , Cranston , RI 02920 | | | | |
| | A | 10/04/2007 | 10/17/2007 | 11/08/2007 | Notification C |
| P - 1 | [redacted] Denver St , [redacted], Pawtucket , RI 02860 | | | | |
| | A | 10/04/2007 | 10/16/2007 | 11/08/2007 | Notification C |
| 1004215 - Delomba, Ronald | | | | | |
| P - 1 | [redacted] Denver St , [redacted], Pawtucket , RI 02860 | | | | |
| | A | 10/04/2007 | 10/16/2007 | 11/08/2007 | Notification C |

Equitable Sharing Information

DAG-71 Data:

| NCIC/ORI | Receipt Dt | % Requested | Compliance | Other Agency Name |
|---|---|---|---|---|
| RI0040800 | 10/09/2007 | 100.00 | Y 08/31/2008 | Pawtucket Police Department |

DAG-72 Data:

| Office Level | Rcmd Date | Authority | Rcmd Type | NCIC/ORI | Dcsn | % Granted |
|---|---|---|---|---|---|---|

Back to Top