IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-MJ-93A |
| | ) | |
| TIMOTHY FALCON | ) | |

GOVERNMENT'S MOTION TO QUASH

The government moves the Court to quash the subpoena served upon SA John Kleckowski of the U.S. Drug Enforcement Administration (DEA) seeking the production of three flat-screen televisions and a Playstation in the courtroom of Magistrate Judge Lincoln D. Almond, Courtroom A, on November 2, 2007 at 9:30 a.m.. The defense subpoena served upon SA Kleckowski should be quashed because the subpoena is unreasonable and oppressive.[1] See Fed. R. Cr. P. 17(c)(2).

As set forth in the government's response (docket #12) to the defendant's motion for return of property (docket #10), scheduled for a hearing at 10:00 a.m. on November 2, 2007, the defendant's motion should be dismissed because a Rule 41 motion is not the proper vehicle for contesting the forfeiture at this

[1] The subpoena appears to have been served in violation of Fed. R. Cr. P. 17(c). Pursuant to that rule, objects may be subpoenaed "before trial or before they are to be offered in evidence" upon order of the Court. This subpoena seeks production of objects, possibly to be offered in evidence, 30 minutes before the hearing is scheduled to begin. To the knowledge of the government, the subpoena was not served upon an order of the Court. Additionally, the subpoena was not served upon the Custodian of Records but upon another agent.

juncture. The legal issues raised by the defendant's motion and the government's response do not require the production of the objects themselves.

The production of these objects is not only unnecessary for the resolution of the legal issues, but burdensome given their size. Additionally, the objects could be damaged during transportation. Given the limited relevance of the objects to the legal issues at stake, the burden imposed upon the agents in transporting objects of their size, and the risk of damaging the objects, the Court should quash the subpoena served upon the DEA.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on October 31, 2007, a copy of the within "Government's Motionto Quash" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj