UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:07-M-93A |
| TIMOTHY FALCON | : | |

MOTION TO WITHDRAW

NOW COMES the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender, and hereby withdraws his appearance on behalf of the defendant in the above-entitled matter. In support of this motion, counsel states that the defendant has hired private counsel to represent him in this case.

Respectfully submitted

/s/ Kevin J.Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 26th day of November, 2007.

/s/ Kevin J. Fitzgerald